#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAUNDRA KEY SEARS and MICHAEL SHAWN MASON, as personal representatives of the estate of Dennis W. Mason, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>MARATHON OIL COMPANY, an Ohio Corporation; MARATHON OIL CORPORATION, a Delaware Corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-18-919-HE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41, the parties hereby stipulate and agree that all of Plaintiffs' claims and causes of action asserted in this proceeding are dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

                                                                         Respectfully submitted,

                                                                      s/ Keith E. Ekstrom
(*signed by filing attorney with permission of Attorney*)
Fredric A. Bremseth
Keith E. Ekstrom
Bremseth Law Firm, P.C.
601 Carlson Parkway, Suite 995
Minnetonka, Minnesota 55305
Telephone: (952) 475-2800
Facsimile: (952) 475-3879
FBremseth@bremseth.com
KEkstrom@bremseth.com

And

2

                Noble McIntyre, OBA #16359
                Jeremy Thurman, OBA #19586
                McIntyre Law, P.C.
                8601 South Western Avenue
                Oklahoma City, Oklahoma  73139
                Telephone:  (405) 917-5250
                Facsimile:  (405) 917-5405
                noble@mcintyrelaw.com
                jeremy@mcintyrelaw.com

                ATTORNEYS FOR PLAINTIFFS


                s/Evan G. E. Vincent
                Evan G. E. Vincent, OBA #22325
                CROWE & DUNLEVY, P.C.
                Braniff Building
                324 N. Robinson Ave., Suite 100
                Oklahoma City, OK 73102-8273
                (405) 235-7700
                (405) 239-6651 (Facsimile)
                evan.vincent@crowedunlevy.com

                ATTORNEYS FOR DEFENDANTS